UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JULIEN RICHARDSON**<br><br>**Defendant.** | Case No. 20-cr<br><br>**VIOLATIONS:**<br>**18 U.S.C. § 1956(h)**<br>**(Conspiracy to Commit Money Laundering)**<br><br>**FORFEITURE:**<br>**18 U.S.C. § 982(a)(1); and**<br>**21 U.S.C. § 853(p)** |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Between on or about April 2016, through on or about February 2, 2018, in the District of Columbia and elsewhere, the defendant, JULIEN RICHARDSON, together with others known and unknown to the United States, did knowingly combine, conspire, confederate, and agree with each other to commit the offenses of laundering monetary instruments, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), and engaging in monetary transactions in property derived from a specified unlawful activity, in violation of Title 18, United States Code, Section 1957, to wit:

(a) to knowingly conduct and attempt to conduct one or more financial transactions affecting interstate commerce or foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, wire fraud, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such

financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(b) to knowingly engage and attempt to engage, in monetary transactions by, through or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, wire fraud, in violation of Title 18, United States Code, Section 1957.

**(Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h))**

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, involved in the offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1). The United States will also seek a forfeiture money judgment against the defendant for a sum of money equal to the value of any property, real or personal, involved in the offense, and any property traceable to such property.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

　　a. cannot be located upon the exercise of due diligence;

　　b. has been transferred or sold to, or deposited with, a third party;

　　c. has been placed beyond the jurisdiction of the Court;

　　d. has been substantially diminished in value; or

　　e. has been commingled with other property that cannot be divided without

difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 982(a)(1) and Title 21, United States Code, Section 853(p))

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____

Anthony Saler
D.C. Bar No. 448254
Assistant United States Attorney
555 Fourth Street NW
Washington, DC 20530
(202) 252-6971
Anthony.saler@usdoj.gov